IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    v.
SEDRIC A. MORRIS,
    Movant

Case No. 3:00-cr-01-KRG-KAP

## MEMORANDUM ORDER

The movant's motion at docket no. 83 was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3). The Magistrate Judge filed a Report and Recommendation on October 15, 2012, docket no. 84, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the Report and Recommendation and noting the lack of objection thereto, the following order is entered:

AND NOW, this **5th** day of August, 2013, it is

ORDERED that the motion at docket no. 83 is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

/s/ Kim R. Gibson
_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Sedric Morris, Reg. No. 10995-068
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940